**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00195-RBJ

CAROLINA DE LEON PONCE, et al.,

Plaintiffs,

v.

ALEJANDRO N. MAYORKAS, in his official capacity;
UR MENDOZA JADDOU, in her official capacity, and
the U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER GRANTING MOTION TO DISMISS entered by Senior United States District Judge R. Brooke Jackson on October 24, 2025, it is

ORDERED that judgment is entered in favor of the defendants and against the plaintiffs, on Defendants' Motion to Dismiss. It is further

ORDERED that this case is dismissed without prejudice.

Dated at Denver, Colorado this 24th day of October, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Robert R. Keech
Robert R. Keech,
Deputy Clerk